JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| LEVI FORD, | ) | No. CV 08-01968-GAF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D. K. SISTO, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: February 3, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE